■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD JONES, Appellant. [847 NYS2d 653]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered December 8, 2004, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claims that the prosecutor conducted improper cross-examinations and an improper summation are unpreserved for appellate review (*see* CPL 470.05 [2]). In the few instances when the defendant did object, he either made only general objections or failed to request a curative instruction when an objection was sustained (*see People v Aponte*, 28 AD3d 672 [2006]; *People v Haripersaud*, 24 AD3d 468, 469 [2005]; *People v Portalatin*, 18 AD3d 673, 674 [2005]). In any event, to the extent that any of the questioning or comments made during summation were improper, any error was harmless (*see People v Crimmins*, 36 NY2d 230, 237 [1975]; *People v Colon*, 43 AD3d 951 [2007]; *People v Love*, 37 AD3d 618, 619 [2007]; *People v Frazier*, 35 AD3d 759, 759-760 [2006]).

The defendant's challenge in his supplemental pro se brief to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10, 19-21 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's remaining contentions, raised in his supplemental pro se brief, are unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, are without merit. Miller, J.P., Ritter, Skelos and Covello, JJ., concur.